**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DeMarcus Wayne Carruthers ) | CASE NUMBER: 18-07707-JJG-13 |
| LaTonia Renee Carruthers ) | |
| ) | |
| DEBTORS ) | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Comes now John M. Hauber , trustee herein, objects to confirmation of the Amended Chapter 13 plan filed . In support of the Objection, the Trustee states as follows:

1. The plan fails to provide all the debtor's projected disposable income as required by §1325(b)(1)(B).  Based on Means Test, Plan must pay all claims in full.

2. The plan fails to comply with the General Order 09-0005 concerning mortgage payments with pre-petition arrears. Pursuant to the Proof of Claim on file with the Court, more than 2 months arrears exist.  The Amended Plan offers to pay this creditor outside the plan.  This plan is a mandatory conduit.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above amended plan be denied.

Respectfully submitted,

Date: March 18, 2019

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## **CERTIFICATE OF SERVICE**

I hereby certify that on 03/18/2019, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  The parties may access this filing through the Court's system.

US Trustee
ustpregion10.in.ecf@usdoj.gov

THOMAS H ROTHE
athomasrothe@indy.rr.com

I further certify that on 03/18/2019, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

DeMarcus Wayne Carruthers
LaTonia Renee Carruthers
11616 Rosswood Drive
Indianapolis, IN   46229

/s/ John M. Hauber

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644