```
            THE UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION
```

In RE:                          )
                                )
DeMarcus Wayne Carruthers and   )
LaTonia Renee Carruthers,       )   Cause No. 18-7707-JJG-13
                                )
Debtors.                        )

REQUEST FOR STATUS CONFERENCE

Now comes, the debtors, by and through counsel, stating as follows:

The debtors request a status conference as to the claims of Westlake and Home Point Financial Corporation as per Minute Order filed November 21, 2019. The payoff on the Westlake car loan is $7,929.15 as per email received by debtor's counsel and forwarded to the assistant chapter 13 trustee so this may be enough information for the chapter 13 trustee calculate if the plan is funded.

/s/ Thomas Rothe
Thomas Rothe, attorney for the debtor
713 E. 54th Street
Indianapolis, IN 46220
(317) 726-0900
Call for Fax
athomasrothe@indy.rr.com

CERTIFICATE OF SERVICE

I, Thomas Rothe, certify that the attached pleading was served on the following parties either by the ECF system or first class US Mail with prepaid postage and return address showing November 26, 2019:

U.S. Trustee by ECF system

John Hauber by ECF system

Westlake Financial Services
4751 Wilshire Blvd., #100
Los Angeles, CA 90010

Home Point Financial Corporation
11511 Luna Road, #300
Farmers Branch, TX 75234


/s/ Thomas Rothe
Thomas Rothe, attorney for the debtor
713 E. 54th Street
Indianapolis, IN 46220
(317) 726-0900
Call for Fax
athomasrothe@indy.rr.com